

EXHIBIT 3-A

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

The Office Bar & Grill

Invoice Date: October 05, 2017
Invoice Number:
Invoice Amount: $30,142.91

## Matter: FLSA Litigation (Estraca et al.)

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/24/2016 | Tele conf. with N. Estraca re claims against The Office. Prepare and transmit comm. to N. Estraca via email. | H.B.H. | .70 | $280.00 |
| 1/20/2017 | Tele conf. with N. Estraca re status of matter. | H.B.H. | .10 | $40.00 |
| 1/27/2017 | Tele conf. with Tyler Walker re wage/hour claims. | H.B.H. | .90 | $360.00 |
| 1/27/2017 | Tele conf. with M. Marshall re wage/hour claims. | H.B.H. | 1.20 | $480.00 |
| 1/28/2017 | Tele conf. with M. Marshall re status of matter. | H.B.H. | .10 | $40.00 |
| 2/8/2017 | Tele conf. with J. Norris re wage/hour claims. | H.B.H. | .70 | $280.00 |
| 2/10/2017 | Review comm. from J. Norris re status of matter. | H.B.H. | .10 | $40.00 |
| 2/16/2017 | Lengthy tele conf. with R. Harrison re wage/hour claims. | H.B.H. | .80 | $320.00 |
| 2/21/2017 | Tele conf. with M. Marshall re status of matter. (.5 hrs) Tele conf. with T. Walker re status of matter. (.4 hrs) | H.B.H. | .90 | $360.00 |
| 2/21/2017 | Begin drafting lawsuit on behalf of Harrison et al. | H.B.H. | .90 | $360.00 |
| 2/21/2017 | Draft comm. to J. Norris re fact investigation. | H.B.H. | .10 | $40.00 |
| 2/22/2017 | Tele conf. with N. Estraca re factual basis re claims. (.3 hrs). Tele conf. with J. Norris re factual basis for wage claims. (.5 hrs). Draft multi plaintiff multi count Complaint. Review and revise. (3.8 hrs). | H.B.H. | 4.60 | $1,840.00 |
| 2/23/2017 | Continue drafting and revising lawsuit. Prepare summons and civil cover sheet. Open case via ECF. | H.B.H. | 2.70 | $1,080.00 |
| 3/10/2017 | Prepare Rule 4(d) Waiver Requests and related documents. Transmit via US Priority Mail to S. Wrobel. | H.B.H. | .90 | $360.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 3/17/2017 | Review comm. from S. Wrobel re acceptance of Rule 4(d) requests. (.1 hrs). Tele conf. with M. Marshall re status of matter. (.2 hrs). Draft comm. to clients re status of matter. (.2 hrs). Draft Notices re Service of Waiver Request (3). File same via ECF. (.4 hrs). | H.B.H. | .90 | $360.00 |
| 3/21/2017 | Review and respond to comm. from M. Marshall re status of matter. | H.B.H. | .10 | $40.00 |
| 4/6/2017 | File waivers of service. | H.B.H. | .10 | $40.00 |
| 4/10/2017 | Review and respond to comm. from R. Harrison re status of matter. | H.B.H. | .10 | $40.00 |
| 4/17/2017 | Tele conf. with S. Wrobel re status of matter and litigation issues. (.3 hrs). Draft comm. to all clients re status of matter. | H.B.H. | .60 | $240.00 |
| 4/21/2017 | Tele conf. with S. Wrobel re status of matter. | H.B.H. | .30 | $120.00 |
| 4/27/2017 | Review comm. from TW re status of matter. | H.B.H. | .10 | $40.00 |
| 5/5/2017 | Briefly review records re Harrison and Marshall. Draft response re same. | H.B.H. | .30 | $120.00 |
| 5/8/2017 | Review Answer and other documents filed by Defendants. Review Scheduling Order. | H.B.H. | .50 | $200.00 |
| 5/11/2017 | Tele conf with N. Estraca re status of matter. (.2 hrs). Tele conf. with T. Walker re status o matter. (.2 hrs) | H.B.H. | .40 | $160.00 |
| 5/16/2017 | Comm with R. Harrison re status of matter. | H.B.H. | .10 | $40.00 |
| 5/16/2017 | Review and respond to comm. from S. Wrobel. | H.B.H. | .10 | $40.00 |
| 5/18/2017 | Tele conf. with S. Wrobel re discovery and scheduling issues. (.6 hrs). Draft comm. to clients re early ADR and other issues. (.1 hrs). | H.B.H. | .70 | $280.00 |
| 5/19/2017 | Review comm. from R. Harrison and M. Marshall. (.1 hrs). Draft comm. to S. Wrobel re status of preliminary issues. Draft Status Report; review and revise. Forward to S. Wrobel. File via ECF. | H.B.H. | 1.00 | $400.00 |
| 5/23/2017 | Review comm. from Harrison re payment of overtime with separate check. Draft comm. to Wrobel re same. | H.B.H. | .10 | $40.00 |
| 5/24/2017 | Review file materials; draft subpoena to BB&T. Review Order of Court. Draft Consent to Magistrate; file same via ECF. Multi comm with R Harrison & M Marshall re status of matter. | H.B.H. | 1.30 | $520.00 |
| 5/24/2017 | Prepare Joint Stipulation re Enterprise Coverage. | H.B.H. | .10 | $40.00 |
| 5/24/2017 | Draft lengthy comm. to Wrobel re joint stip, ESI, and subpoena. | H.B.H. | .20 | $80.00 |
| 5/25/2017 | Review comm. from Wrobel re status of matter. | H.B.H. | .10 | $40.00 |
| 5/25/2017 | Review file materials. Draft Interrogatories from each of the Plaintiffs; review and revise. Draft two sets of Request for Admissions. Transmit via US Priority Mail. | H.B.H. | 3.80 | $1,520.00 |
| 5/25/2017 | Draft comm to E. Schulman re expert report deadline. | H.B.H. | .10 | $40.00 |
| 5/30/2017 | Comm re mediation dates. | H.B.H. | .10 | $40.00 |
| 5/31/2017 | Draft comm to Wrobel re mediation date; review | H.B.H. | .10 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | response. | | | |
| 5/31/2017 | Review Defendants' Consent to Proceed Before US Magistrate Judge. | H.B.H. | .10 | $40.00 |
| 6/1/2017 | Review Order re scheduling mediation. | H.B.H. | .10 | $40.00 |
| 6/13/2017 | Review comm. from S. Wrobel re stipulation and ESI. | H.B.H. | .10 | $40.00 |
| 6/15/2017 | Review and file Joint Stipulation re coverage. | H.B.H. | .10 | $40.00 |
| 6/27/2017 | Review and respond to comm. from S. Wrobel re request for extension of discovery. | H.B.H. | .10 | $40.00 |
| 6/29/2017 | Multi comm. with S. Wrobel re scheduling order modifications. | H.B.H. | .20 | $80.00 |
| 7/12/2017 | Review comm. from M. Marshall; tele conf. with E. Schulman re Matt Marshall calculations. | H.B.H. | .20 | $80.00 |
| 7/17/2017 | Meet and confer with S. Wrobel re discovery answers/production. Briefly review discovery responses. Comm with clients re same. | H.B.H. | .70 | $280.00 |
| 7/17/2017 | Review discovery responses; draft comm. to clients. | H.B.H. | .60 | $240.00 |
| 7/18/2017 | Draft comm. to MM re status of matter (calculations). | H.B.H. | .10 | $40.00 |
| 7/18/2017 | Draft lengthy comm. to S. Wrobel re mediation and status of matter, attaching Norris' calculations. | H.B.H. | .30 | $120.00 |
| 7/18/2017 | Multi comm. and tele conf. with Tyler Walker re status of matter (responses to discovery). | H.B.H. | .60 | $240.00 |
| 7/19/2017 | Tele conf. with T. Walker re interrogatory responses by Defendants. | H.B.H. | .40 | $160.00 |
| 7/19/2017 | Tele conf. with N. Estraca re status of matter, settlement mediation, etc. | H.B.H. | .40 | $160.00 |
| 7/19/2017 | Draft comm. to E. Schulman re T Walker calculations. | H.B.H. | .10 | $40.00 |
| 7/19/2017 | Review comm from Wrobel with additional time details; review time details; draft reply to Wrobel. | H.B.H. | .30 | $120.00 |
| 7/19/2017 | Review discovery order. | H.B.H. | .10 | $40.00 |
| 7/20/2017 | Reviewing billing records and draft lodestar report. Review and revise. Transmit with lengthy correspondence concerning multiple issues. | H.B.H. | .90 | $360.00 |
| 7/20/2017 | Tele conf. with N. Estraca re production of punch (hour of work) records. | H.B.H. | .50 | $200.00 |
| 7/20/2017 | Multi comm. with Wrobel re handwritten records and Estraca punch records. Review records. | H.B.H. | .70 | $280.00 |
| 7/20/2017 | Tele conf. with A. Hayman re Techmark POS systems; review website re same. | H.B.H. | .40 | $160.00 |
| 7/21/2017 | Review comm. from Wrobel. (.1 hrs). Tele conf. with Wrobel re status of matter (extension issues and related expert disclosures). (.5 hrs). Draft comm. to Wrobel re extension dates; review response. (.2 hrs). | H.B.H. | .80 | $320.00 |
| 7/22/2017 | Tele conf with E. Schulman re review of Harrison and Norris records re comparison to punches versus amounts recorded/paid. Discuss status of matter. | H.B.H. | .30 | $120.00 |
| 7/24/2017 | Draft Motion to Amend/Modify. Draft proposed Order. Review and revise. Transmit to Wrobel for | H.B.H. | .70 | $280.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | review. | | | |
| 7/25/2017 | File Motion to Amend/Modify Scheduling Order. | H.B.H. | .10 | $40.00 |
| 7/25/2017 | Tele conf. with law clerk for Judge Gallagher re rescheduling of mediation. | H.B.H. | .10 | $40.00 |
| 7/26/2017 | Review Scheduling Order entered by Court. Review paperless Order re mediation. | H.B.H. | .10 | $40.00 |
| 7/26/2017 | Tele conf. with A. Hayman re deposition of TechMark and scheduling of same. | H.B.H. | .20 | $80.00 |
| 7/26/2017 | Multi comm. with S. Wrobel re POS inspection issues. | H.B.H. | .10 | $40.00 |
| 7/26/2017 | Review comms. with Court and counsel re status of mediation and postponement of same. | H.B.H. | .10 | $40.00 |
| 7/26/2017 | Draft comm. to clients re status of matter (postponement of mediation and issues relating to Estraca's time records). | H.B.H. | .20 | $80.00 |
| 7/26/2017 | Draft Subpoena Duces Tecum to TechMark; review and revise. (.9 hrs). Draft letter accompanying same. Transmit via US Certified Mail. | H.B.H. | 1.40 | $560.00 |
| 8/11/2017 | Tele conf. with D. Youngblood of TechMark re subpoena and refusal to produce. | H.B.H. | .30 | $120.00 |
| 8/11/2017 | Tele conf. with N. Estraca re status of matter. | H.B.H. | .20 | $80.00 |
| 8/17/2017 | Review Notice of Appearance re BWW. | H.B.H. | .10 | $40.00 |
| 8/17/2017 | Review comm. from E. Schulman; forward with comments to BWW. | H.B.H. | .10 | $40.00 |
| 8/21/2017 | Draft Motion to Compel/Enforce Subpoena Duces Tecum; review and revise. Confer with BWW re same. Prepare materials and file via ECF. | H.B.H. | 1.80 | $720.00 |
| 8/21/2017 | Review and forward J. Norris' hour of work records. | H.B.H. | .10 | No Charge |
| 8/22/2017 | Tele conf. with BWW re progress towards employee calculations. | H.B.H. | .20 | $80.00 |
| 8/22/2017 | Draft comm. to S. Wrobel to follow up re production of operations manager etc. | H.B.H. | .10 | $40.00 |
| 8/23/2017 | Review and respond to comm. from S. Wrobel re discovery status. | H.B.H. | .10 | $40.00 |
| 8/25/2017 | Review comm. from BWW to M. Marshall; reply. | H.B.H. | .10 | $40.00 |
| 9/1/2017 | Review draft expert report; multi conf with BWW. (.5 hrs). Lengthy tele conf. with BWW and E. Schulman. (.6 hrs). Prepare pleading and materials. Transmit expert report designation via email and US mail to S. Wrobel. (.7 hrs). | H.B.H. | 1.80 | $720.00 |
| 9/1/2017 | Tele conf. with M. Marshall re status of matter (depositions). | H.B.H. | .30 | $120.00 |
| 9/1/2017 | Draft comm. to J. Norris; tele conf. with J. Norris re status of settlement offer. (.3 hrs). Confer with BWW re same. (.2 hrs). | H.B.H. | .50 | $200.00 |
| 9/2/2017 | Draft comm. to Wrobel re deposition dates. | H.B.H. | .20 | $80.00 |
| 9/4/2017 | Review email from Wrobel re depositions, etc. | H.B.H. | .10 | $40.00 |
| 9/4/2017 | Draft comm. to client updating status of matter. | H.B.H. | .30 | $120.00 |
| 9/6/2017 | Confer with BWW re J. Norris. | H.B.H. | .10 | $40.00 |
| 9/7/2017 | Multi (3) comm with S. Wrobel re status of matter (deposition scheduling, settlement, etc.). Review | H.B.H. | .70 | $280.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | responses. | | | |
| 9/7/2017 | Tele conf. with J. Norris re status of settlement. | H.B.H. | .30 | $120.00 |
| 9/7/2017 | Draft comm. to J. Norris re settlement status. | H.B.H. | .20 | $80.00 |
| 9/13/2017 | Tele conf. with BWW re settlement offer. | H.B.H. | .20 | $80.00 |
| 9/13/2017 | Review comm. from S. Wrobel re settlement; draft response. | H.B.H. | .10 | $40.00 |
| 9/15/2017 | Tele conf. with K. Hoey re employment at The Office Bar & Grill. (.7 hrs). Draft comm. to K. Hoey re terms of representation. (GRATIS). Draft comm to S. Wrobel re same. (.1 hrs). | H.B.H. | .80 | $320.00 |
| 9/15/2017 | Draft ltr to TechMark (D. Youngblood) re Court Order. Review and revise. Transmit. | H.B.H. | .50 | $200.00 |
| 9/15/2017 | Draft lengthy comm. to clients re settlement offers. Review responses from Walker and Estraca. | H.B.H. | .40 | $160.00 |
| 9/15/2017 | Tele conf. with J. Norris re status of matter, including deposition scheduling. (.4 hrs). Draft comm. to clients re depositions of Estraca and Walker. (.2 hrs). Review and respond to multi responses from Walker. (.2 hrs). | H.B.H. | .80 | $320.00 |
| 9/16/2017 | Review and respond to comm. from S. Wrobel re TechMark. | H.B.H. | .10 | No Charge |
| 9/16/2017 | Review comm. from S. Wrobel re K Hoey. Respond. | H.B.H. | .10 | No Charge |
| 9/17/2017 | Multi comm. with M. Marshall re status of matter, including settlement and depo dates. | H.B.H. | .20 | $80.00 |
| 9/18/2017 | Review POS manual. Multi lengthy tele conf. with POS expert re system capabilities. | H.B.H. | 1.40 | $560.00 |
| 9/19/2017 | Tele conf. with S. Wrobel re status of matter. | H.B.H. | .20 | $80.00 |
| 9/19/2017 | Multi tele conf. with BWW re status of matter (depositions, settlement discussions, etc). | H.B.H. | .20 | $80.00 |
| 9/20/2017 | Draft Notice of Deposition; review and revise. Transmit. | H.B.H. | .30 | $120.00 |
| 9/20/2017 | Draft comm. to clients re upcoming depositions. | H.B.H. | .10 | $40.00 |
| 9/21/2017 | Lengthy tele conf. with M. Marshall re settlement. Lengthy tele conf. with N. Estraca re settlement. Tele conf. with J. Norris re settlement. | H.B.H. | 2.10 | $840.00 |
| 9/22/2017 | Review comm. from S. Wrobel re settlement offer. (.1 hrs). Draft lengthy comm. to clients re settlement offer. Review multi comm. from clients re same. (.4 hrs). | H.B.H. | .50 | $200.00 |
| 9/22/2017 | Multi comm. with M. Marshall re status of matter. | H.B.H. | .10 | $40.00 |
| 9/22/2017 | Review and respond to comm. from S. Wrobel re status of settlement. | H.B.H. | .10 | $40.00 |
| 9/24/2017 | Tele conf. with R. Harrison re settlement terms. | H.B.H. | .20 | $80.00 |
| 9/24/2017 | Draft comm. to R. Harrison re status of matter. | H.B.H. | .10 | $40.00 |
| 9/25/2017 | Tele conf. with J. Norris re status of matter. | H.B.H. | .30 | $120.00 |
| 9/25/2017 | Multi comm. with T. Walker re status of matter. | H.B.H. | .10 | $40.00 |
| 9/26/2017 | Review and revise draft settlement agreement. | H.B.H. | 1.20 | $480.00 |
| 9/27/2017 | Review and revise settlement agreement; test payments re math. Draft comm. to S. Wrobel. | H.B.H. | .90 | $360.00 |
| 9/28/2017 | Review and respond to comm. from Wrobel re Joint | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 9/28/2017 | Motion and Affidavit. Draft lengthy comm. to clients reviewing and discussing settlement agreement and tax forms. | H.B.H. | .40 | $160.00 |
| 9/29/2017 | Transmit 5 separate docusign requests re settlement and tax forms to all 5 clients. | H.B.H. | .60 | $240.00 |
| 10/1/2017 | Draft Joint Motion for Approval of FLSA settlement; review and revise. Forward to S Wrobel. | H.B.H. | 1.90 | $760.00 |
| 10/5/2017 | Review and revise Joint Motion for Approval. Draft Affidavit. Multi comm. with BWW. Prepare materials. File via ECF. | H.B.H. | 2.20 | $880.00 |
| SUBTOTAL: | | | 60.80 | $24,200.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 9/1/2017 | Invoice - Expert (Schulman, #1113) | $4,360.50 |
| 8/1/2017 | Invoice - Expert (Schulman) (inv. # 1107) | $1,137.00 |
| 2/23/2017 | Filing Fee | $400.00 |
| 10/2/2017 | Postage - S. Wrobel (Priority Mail) | $5.95 |
| 9/20/2017 | Postage - Wrobel | $0.46 |
| 9/15/2017 | Priority Mail - Youngblood | $5.95 |
| 9/1/2017 | Mail - Wrobel | $2.03 |
| 8/21/2017 | Mail - Chambers Copy (*US DCT MD*) | $1.61 |
| 7/26/2017 | Mail - Wrobel | $1.61 |
| 7/26/2017 | Certified Mail - Youngblood | $7.71 |
| 6/1/2017 | Priority Mail - Wrobel | $5.95 |
| 5/25/2017 | Priority Mail - Wrobel | $5.95 |
| 5/24/2017 | Mail - Wrobel | $0.88 |
| 3/10/2017 | Priority Mail - Wrobel | $5.95 |
| 1/2/2017 | Mail - Estraca | $1.36 |
| SUBTOTAL: | | $5,942.91 |

TOTAL $30,142.91

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $30,142.91