

EXHIBIT 3-B

## BWW Time Records
## The Office, LLC

| Date (2017) | Time | Description |
|---|---|---|
| 8/17/17 | 1.5 | Review discovery documents and correspondence; Tel. w/ HBH re case strategy/division of work; (1.4); Draft and file Entry of Appearance (.1). |
| 8/21/17 | 1.1 | Tel. w/ T. Walker re: damage calculations/actual hours of work/ (1.1). |
| 8/22/17 | 1.3 | Prepare and email T. Walker's estimated hours of work, off the clock payment issues to E. Schulman (3); Tel w/ N. Estraca re: hours of work/liability issues; prepare schedule re: estimated hours of work (1.0). |
| 8/24/17 | .4 | Review and respond to E. Schulman email re: MWHL effective dates (.1); Tel. w/ R Harrison re: work schedule damage calculation issues (.3). |
| 8/25/17 | .4 | Tel. w/ Norris re: hours of work/case status/co-worker hours (.4). |
| 8/29/17 | .3 | Review revised damage calculations; email E. Schulman (.2); Review settlement offer & email defense counsel (.1). |
| 9/1/17 | .3 | Multi-Tel. w/ HBH & Conf. Call w/ E. Schulman re: case status & Rule 26(a)(1) disclosures (.8) **(write-off .5)**; Update time (.4) **(write-off .4)**. |
| **Lodestar Statement (9.1.17)** | [5.3 /hrs.] | |
| 9/7/17 | .2 | Review correspondence re: deposition dates. Lodestar report (.1); Tel. w/ HBH re: Norris settlement issues (.1). |
| 9/13/17 | .3 | Review counter-offer; Tel. w/ HBH re: case strategy (.3). |
| 9/21/17 | .4 | Review settlement offer; Tel. w/ HBH re: case strategy (.4). |
| **Total** | 6.2 | |