**Elana Schulman, CPA, CFE**

INVOICE

1315 Windsor Ridge Lane
Annapolis, MD 21409
(443) 414-4688
elana71@gmail.com

DATE: September 4, 2017
INVOICE # 1113
FOR: The Office

Bill To:

Howard B. Hoffman, Esq.
600 Jefferson Plaza #304
Rockville, MD 20852

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | **Harrison v The Office** | | | |
| 8/3/17 | Harrison Damage Calculations | 0.33 | $ 150.00 | $49.50 |
| 8/4/17 | Add up time clock records by week (based on new time clock reports provided by The Office) | 2.33 | $ 150.00 | $349.50 |
| 8/16/17 | Harrison damage Calculations, identify and summarize open items | 3.5 | $ 150.00 | $525.00 |
| | Nikki Estraca damages | 0.25 | $ 150.00 | $37.50 |
| | Marshall enter hours worked per time clock records (part 1) | 2.00 | $ 150.00 | $300.00 |
| 8/17/17 | Marshall enter hours worked per time clock records (part 2) | 1.00 | $ 150.00 | $150.00 |
| 8/19/17 | Revise Marshall dual OT | 1.75 | $ 150.00 | $262.50 |
| 8/20/17 | Norris - finalize hours worked each week (based on new time clock reports provided by The Office) | 1.75 | $ 150.00 | $262.50 |
| | Norris damage calculations, update and format total summary worksheets | 1.25 | $ 150.00 | $187.50 |
| 8/21/17 | Teleconference w/Bradford Warbasse, Esq. re: status of calculations, open items | 0.25 | $ 150.00 | $37.50 |
| 8/22/17 | Revise Tyler Walker calculations, per B. Warbasse, Esq. | 1.25 | $ 150.00 | $187.50 |
| 8/23/17 | Draft expert report | 2.17 | $ 150.00 | $325.50 |
| 8/24/17 | Draft expert report & update exhibits | 4.5 | $ 150.00 | $675.00 |
| 8/27/17 | Revise Nikki Estraca hours worked and revise calculations, per B. Warbasse, Esq. | 0.25 | $ 150.00 | $37.50 |
| | Revised amounts paid to Matt Marshall, update calculations, per B. Warbasse, Esq. | 0.5 | $ 150.00 | $75.00 |
| 8/28/17 | Revise Matt Marshall dual Overtime worksheets, update totals | 3.0 | $ 150.00 | $450.00 |
| 8/29/17 | Revise Harrison damages, update totals | 0.33 | $ 150.00 | $49.50 |
| 8/30/17 | Review expert report & exhibits | 1.5 | $ 150.00 | $225.00 |
| 9/1/17 | Teleconference w/B. Warbasse, Esq. and Howard Hoffman, Esq. | 0.5 | $ 150.00 | $75.00 |
| 9/1/17 | Revise and format final expert report | 0.66 | $ 150.00 | $99.00 |
| | **TOTAL** | 29.07 | | **$4,360.50** |

THANK YOU FOR YOUR BUSINESS!

# Elana Schulman, CPA, CFE

# INVOICE

1315 Windsor Ridge Lane
Annapolis, MD 21409
(443) 414-4688
elana71@gmail.com

**DATE:** August 1, 2017
**INVOICE #** 1107
**FOR:** The Office

**Bill To:**

Howard B. Hoffman, Esq.
600 Jefferson Plaza #304
Rockville, MD 20852

| DATE | DESCRIPTION | HOURS/RATE | AMOUNT |
|---|---|---|---|
|  | **Harrison v The Office** |  |  |
| 7/14/17 | Set up worksheets for Office damage calculations, Norris and Marshall | 3/$150 | $450.00 |
| 7/15/17 | Norris damage calculations | 2.33/$150 | $349.50 |
| 7/20/17 | Walker damage calculations | 1/$150 | $150.00 |
| 7/23/17 | Harrison - test 1 month time clock and payroll records | 1/$150 | $150.00 |
|  | Nikki Estraca - set up worksheet, preliminary damages | .25/$150 | $37.50 |
|  | **Total** |  | **$1,137.00** |
|  | **TOTAL** |  | **$1,137.00** |

**THANK YOU FOR YOUR BUSINESS!**